# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOEL ROBERT PRESCOTT,<br><br>Defendant. | CR 13-69-BLG-DWM-CSO<br><br>FINDINGS AND RECOMMENDATION CONCERNING PLEA |

The Defendant, by consent, appeared before me under Fed. R. Crim. P. 11 and entered a plea of guilty to the Indictment, which charges the crime of felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1).

After examining the Defendant under oath, the Court determined that the guilty plea was knowingly, intelligently, and voluntarily entered; that the Defendant fully understands his constitutional rights and the extent to which such rights are waived; and that the offense charged and to which a guilty plea was entered contained each of the essential elements of the offense.

-1-

The Court further concludes that the Defendant had adequate time to consult with counsel. I recommend that the Defendant be adjudged guilty of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1) as charged in the Indictment.

Objections to these Findings and Recommendation are waived unless filed and served within fourteen (14) days after the filing of the Findings and Recommendation. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).

DATED this 12th day of December, 2013.

/s/ Carolyn S. Ostby
United States Magistrate Judge